■ DAVID J. CONNOR et al., Respondents, v TOWN OF MANLIUS et al., Appellants. In the Matter of DAVID J. CONNOR et al., Respondents, v TOWN OF MANILUS et al., Appellants. (Appeal No. 1.) [656 NYS2d 1019] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeals from Judgment of Supreme Court, Onondaga County, Stone, J.—CPLR art 78.) Present—Green, J. P., Pine, Doerr, Boehm and Fallon, JJ.

affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeals from Order and Judgment of Supreme Court, Onondaga County, Stone, J.—Renewal.) Present—Green, J. P., Pine, Doerr, Boehm and Fallon, JJ.